### GREEN cont^a BEALE &c^a

William Green Inholder plaint. cont^a Nathanael Beale jun^r and Joshua Hobart of Hingham Defend^ts for not paying the Summe of ten pound in money due to the plaint. by bond or writing under the hands of s^d Beale and Hobart with damages: . . . The Jury . . . found for the plaint. ten pounds in money damage according to bill and costs of Court, At Request of the Defend^ts and by consent of the plaint. the Court chancered the above Summe unto Four pounds twelve Shillings five pence in money and costs of Court.

### GIFFARD cont^a WALTER &c^a

John Giffard plaint. cont^a Thomas Walter & Richard Middlecott them or either of them Defend^ts as they are Agents and Attournys to John Wright John Williams & comp^a for witholding a debt due to the s^d Giffard from the said comp^a of a thousand pounds with the profits as by Articles &c^a. . . . The Jury . . . found for the Defend^ts costs of Court allow^d Five Shillings.

Execution issued 10th nov^r 1679.

[One of the series of cases about the Lynn Ironworks. See case of Williams v. Fogg, above, p. 685, and S. F. 1912.7.]

### DELL cont^a CHILDE

Benjamin Dell plaint. cont^a John Childe Defend^t for not delivering according to bargain & promiss a Suite of Searge &c^a . . . The Jury . . . found for the Defend^t costs of Court allow^d eight Shillings Seven pence and p^d

### BEALE &c^a cont^a JAY

Nathanael Beale Iun^r & Ioshua Hobart Iun^r of Hingham plaint^s cont^a Joseph Jay Defend^t to the value of twenty pounds money for s^d Jay's neglecting and refuseing to give bond according to his promiss to the s^d Beale & Hobart upon their giving bond to pay William Green of Boston Jnholder ten pounds in money upon the acc^o of the s^d Jay, the s^d Jay being under Execution with damages: . . . The Jury . . . found for the plaint^s ten pounds in money damage & costs of Court allow^d Forty Shillings.

Execut^n issued pr^o may. 1679. [572]